# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SCOTT MICHAEL MARTIN

      Plaintiff

  v.

                                                  Civil Action No.  1:23-cv-392

DEPARTMENT OF CHILD SERVICES

ERICA BASHARA, *Family care manager / supervisor*

JASMINE FOX, *case working*

      Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff_____ recover from the defendant _____ the amount of _____ dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment interest at the rate of _____ % along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____ recover costs from the plaintiff _____.

☒ Other:  This case is DISMISSED under 28 U.S.C. § 1915A.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Cristal C Brisco.

DATE: 6/20/2024                  CHANDA J. BERTA, CLERK OF COURT

by  s/A. Highlen
*Signature of Clerk or Deputy Clerk*